UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60326-BLOOM/Reid

RODERICK D. LOCKHART,

    Plaintiff,
v.

OFFICER LEBRON,

    Defendant.
_____/

## ORDER ADOPTING IN PART
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation of Magistrate Judge Reid (the "Report"). *See* ECF No. [21]. This action was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on any dispositive matters. *See* ECF No. [2].

On February 5, 2019, Plaintiff filed a civil rights complaint, pursuant to 42 U.S.C. § 1983 ("Complaint"). ECF No. [1]. On April 17, 2019, Judge Reid issued the Report and Recommendation ("Report") recommending that the Complaint be dismissed for failure to sufficiently state a constitutional claim upon which relief can be granted. ECF No. [21], at 10-11. Judge Reid has also recommended that Plaintiff be permitted to amend the Complaint to cure its deficiencies, should he choose to do so. *Id.* at 11. The Report advised that any objections to the Report's findings were due within fourteen days of receipt of the Report. *Id.* Accordingly, objections to the Report were due no later than May 1, 2019.

On April 30, 2019, in response to the Report, the Plaintiff filed another Statement of Claim, ECF No. [23] ("Statement of Claim"). In the Statement of Claim, which the Court interprets as

Case No. 19-cv-60326-BLOOM/Reid

Plaintiff's attempt to amend his initial Complaint, Plaintiff has alleged substantially the same facts as the original complaint. *See generally*, ECF No. [23].

The Court has, nonetheless, conducted a *de novo* review of Judge Reid's Report, the Statement of Claim, the record and applicable law, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review of the record and the Report, the Court finds Judge Reid's Report to be well reasoned and correct as it relates to the recommendation that this action be dismissed. However, in light of the Statement of Claim filed on April 30, 2019, which fails to cure the original deficiencies of the Complaint, the Court disagrees that any further leave to amend is warranted in this case. As a result, the Court finds Judge Reid's Report to be correct in its analysis of the factors set forth in *Graham v. M.S. Connor, et. al*, 490 U.S. 386 (1989) and the determination that the Complaint should be dismissed without prejudice. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report and Recommendation, **ECF No. [21]**, is **ADOPTED IN PART**.
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**.
3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.
4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida this 6th day of May, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 19-cv-60326-BLOOM/Reid

Copies to:

The Honorable Lisette M. Reid

Counsel of Record

Roderick D. Lockhart
571804510
Broward County Jail - NBB
North Broward Bureau
Inmate Mail/Parcels
Post Office Box 407037
Ft. Lauderdale, FL 33340
PRO SE